No. D–1879. IN RE DISBARMENT OF BERNSTEIN. Louis H. Bernstein, of Santa Monica, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–27. WESTERN MOHEGAN TRIBE AND NATION OF NEW YORK v. UNITED STATES ET AL. Motion seeking leave to invoke the Court's original jurisdiction denied.

No. M–28. LONG v. FUND MANAGER ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of Western Mohegan Tribe and Nation of New York for leave to file a brief as amicus curiae denied. [For earlier order herein, see, e. g., ante, p. 911.]

No. 96–827. CRAWFORD-EL v. BRITTON. C. A. D. C. Cir. [Certiorari granted, 520 U. S. 1273.] Motion of respondent for reallocation of oral argument time granted, and the time is to be divided as follows: 20 minutes for respondent and 10 minutes for the Solicitor General as amicus curiae.

No. 96–1337. COUNTY OF SACRAMENTO ET AL. v. LEWIS ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF LEWIS, DECEASED. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1250.] Motion of Gabriel Torres et al. for leave to participate in oral argument as amici curiae and for divided argument denied.

No. 96–1768. FELTNER v. COLUMBIA PICTURES TELEVISION, INC. C. A. 9th Cir. [Certiorari granted, 521 U. S. 1151.] Motion of Howard B. Abrams for leave to file a brief as amicus curiae granted.

No. 96–8732. EDWARDS ET AL. v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, ante, p. 931.] Motion for appointment of counsel granted, and it is ordered that Steven Shobat, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner Karl V. Fort in this case.